IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BENNIE HEAROD
ADC #113427                                                                                            PLAINTIFF

V.                                    5:09CV00330 JMM/JTR

JOANNA Z. FRANKLIN,
Disciplinary Hearing Officer,
Maximum Security Unit, et al.                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 23rd day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE